537 A.2d 328

**PHILADELPHIA ELECTRIC COMPANY**

*v.*

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL RESOURCES and Neshaminy Water Resources Authority.**

**Appeal of COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL RESOURCES. (Two Cases)**

**NORTH PENN WATER AUTHORITY and North Wales Water Authority**

*v.*

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL RESOURCES and Neshaminy Water Resources Authority.**

Supreme Court of Pennsylvania.

Argued Dec. 10, 1987.

Decided Jan. 15, 1988.

Louise S. Thompson, Philadelphia, for appellants.

Jeremiah J. Cardamone, Ambler, for North Penn & North Wales Water Authorities.

Robert J. Sugarman, Philadelphia, for intervenor—Del-Aware.

Bernard Chanin, Philadelphia, for P.E.C.O.

Gordon Gerber, Philadelphia, for Neshaminy Water Resources Authority.

Richard M. Rosenbleeth, Philadelphia, for intervenor—County of Bucks.

James M. McNamara, Doylestown, Bucks Co. City Sol.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

After consideration of the briefs filed and oral argument presented, the Order entered by this Court on September 30, 1987, is hereby reinstated.

LARSEN, J., dissents.